## Automatic Oil Heating Company, Appellee, v. Fred B. Lee, and Cordelia Lee, Appellants.

### Gen. No. 41,405.

opinion filed March 31, 1941. B. G. Clanton, for appellants; Marshall & Marshall, for appellee; Maurice G. Shanberg, of counsel. Opinion by JUSTICE MATCHETT. "Not to be published in full."